FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 29 PM 3:33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY WELLMEYER, ET AL.** | CIVIL ACTION<br>NO. 06-1585 |
| **VERSUS** | |
| **ALLSTATE INSURANCE COMPANY, ET AL.** | SECTION "F"<br>MAG. 4 |
| **FILED:** _____ | _____ |

### 1ST SUPPLEMENTAL AND AMENDING PETITION
### FOR BREACH OF CONTRACT AND DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Henry Wellmeyer, et al., persons of the full age of majority who are domiciled in the Parish of Plaquemines, who filed their initial Petition in State Court on February 6, 2006, and now wish and are entitled to supplement their Petition as follows:

1.

To amend Paragraph VIII. to read as follows:

VIII.

Further, ALLSTATE INSURANCE COMPANY assessed the damage to the Plaintiffs' home and arbitrarily determined that most of the damage to the covered property was not caused by hurricane wind, tornado or rain damage, but was caused by hurricane driven flood water. Therefore, Defendant has only paid a small portion of the Plaintiffs' total policy coverage. Plaintiffs disagree with ALLSTATE'S conclusion and assert that most of

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

the damage to their home and contents was not caused by flood, but by perils that are covered under the policy of fire (homeowner's) insurance issued by the Defendant. Plaintiffs have already received 100% of their flood insurance and are specifically not making any claims under the National Flood Insurance Act, 42 U.S.C. 4000, *et seq.* or seeking damages caused by flood in this action.

2.

To add Paragraph XVI. to read as follows:

XVI.

Plaintiffs aver that ALLSTATE INSURANCE COMPANY is responsible for the advice, assurances and representations made by its agents/brokers to its insureds in general and the Plaintiffs specifically.

WHEREFORE, Plaintiffs request that this Supplemental and Amending Complaint be filed and that the defendants be served with this petition and that, after the expiration of all legal delays and all proceedings had, there be a Judgment rendered herein in favor of the Plaintiffs and against the Defendant, jointly, severally and in solido, for all legal interest, for all costs of these proceedings, for any penalties deemed applicable, for attorney fees and for all general and equitable relief to which the Plaintiffs are entitled.

Respectfully submitted,

BALLAY, BRAUD & COLON

CHARLES J. BALLAY (# 2719)
ADRIAN A. COLON, JR. (#20525)
8114 Highway 23
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9841